UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN BALLOU ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | Case No.: 3:09CV913 (MRK) |
| LAW OFFICES OF HOWARD LEE SCHIFF, P.C. ) | |
| ) | |
| Defendant. ) | |
| ) | February 12, 2010 |
| ) | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendant, LAW OFFICES OF HOWARD LEE SCHIFF, P.C. respectfully move this court for an extension of time of time of twenty one (21) days, until March 15, 2010, to file an objection to the Plaintiff's Motion for Summary Judgment. The additional time is necessary to provide a sufficient response to said motions and to confer with our client regarding the issues raised by Plaintiff's Motion for Summary Judgment. Plaintiff will not be prejudiced nor will this request alter any other deadlines in this case. This matter has not been scheduled for trial and there are presently no upcoming court conferences on the docket.

This is the second request for an extension of time. Plaintiff's counsel was contacted. As of the time of the filing of this motion Plaintiff's counsel had not responded.

WHEREFORE, the Defendant requests that this Court enter an order extending the time to respond to the Plaintiff's Motion for Summary Judgment.

Dated:   Stamford, Connecticut
         February 12, 2010

                            THE DEFENDANT:
                            LAW OFFICES OF HOWARD LEE SCHIFF, P.C.

                            By: /s/ Thomas A. Leghorn (ct426957)
                                Thomas A. Leghorn (ct426957)
                               Stephen P. Brown (ct19876)
                               Jill E. Alward (ct27051)
                               WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
                               1010 Washington Blvd., 11th Floor
                               Stamford, CT  06901
                               Tel:(203) 388-9100
                               Fax:(203) 388-9101
                               Thomas.Leghorn@wilsonelser.com
                               Stephen.Brown@wilsonelser.com
                               Jill.Alward@wilsonelser.com
                               File No.:09120.00176

## CERTIFICATION

I hereby certify that on February 12, 2010, a copy of the motion for extension of time to reply to plaintiff's motion for summary judgment was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Joanne S. Faulkner
Attorney for Plaintiff and the Class
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395


*/s/ Thomas A. Leghorn*
Thomas A. Leghorn (ct426957)