UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN BALLOU, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 3:09 CV 913 (MRK) |
| | : | |
| LAW OFFICES OF HOWARD LEE SCHIFF, P.C. | : | |
| | : | |
| | : | |
| Defendant. | : | |

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

___ All purposes except trial, unless the parties consent to trial before the magistrate judge

___ A ruling on all pretrial motions except dispositive motions

___ To supervise discovery and resolve discovery disputes

___ A ruling on the following motions which are currently pending: Doc. #[___]
_____

 X  A settlement conference. **The pursuit of settlement negotiations, and a referral to a magistrate judge for purposes of a settlement conference, does not relieve the parties of their obligation to adhere to scheduling deadlines absent a court order to that effect.**

___ A conference to discuss the following: _____

___ Other: _____

SO ORDERED this 16th day of April, 2012, at New Haven, Connecticut.

/s/       Mark R. Kravitz
United States District Judge